IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

FILED
01 JUL 24 PM 3: 10
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
JUL 2 4 2001

|  |  |  |
|---|---|---|
| JOHN F. WARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CV 00-AR-1697-J |
| | ) | |
| BILLY OWENS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on March 28, 2001, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A. The plaintiff filed objections to the report and recommendation on April 30, 2001.

On January 18, 2001, the magistrate judge entered an Order for Special Report directing the defendants to review plaintiff's claims as interpreted by the court and respond to the allegations. Plaintiff was informed that he should inform the court if he disagreed with the court's interpretation of his claims. Plaintiff filed objections to the order claiming that the magistrate judge had misconstrued his claims and restated each of his claims, "so the magistrate will not be confused." Accordingly, The Order for Special Report was vacated. The magistrate judge then undertook a thorough review of plaintiff's claims as they had been set out in the objections, and made a report and recommendation to the court based on that review. Not unexpectedly, the plaintiff has objected to the magistrate judge's report and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, and the objections thereto, the Court is of the opinion that



the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is

ACCEPTED.  Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A.

A Final Judgment will be entered.

DATED this __24__ day of ____July____, 2001.


_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE

2